UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE ABATEMENT WORKERS REGIONAL LOCAL UNION NO. 207 HEALTH AND WELFARE FUND; TRUSTEES OF ABATEMENT WORKERS REGIONAL LOCAL UNION NO. 207 DEFINED CONTRIBUTION PENSION FUND; TRUSTEES OF THE ABATEMENT WORKERS NATIONAL VACATION FUND; TRUSTEES OF THE ABATEMENT WORKERS REGIONAL LOCAL UNION NO. 207 JOINT TRAINING FUND; and the INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS and ASBESTOS WORKERS, LOCAL UNION NO. 207,

        Plaintiffs,

Case No. 14-CV-14549
HON. ROBERT H. CLELAND

v.

D2 ABATEMENT, INC., a Michigan corporation, PREMIER ENVIRONMENTAL SOLUTIONS, LLC, a Michigan limited liability company, and DUANE JONES an individual, jointly and severally,

        Defendants.

_____/

## DEFAULT JUDGMENT

THIS MATTER CAME before the Court on Plaintiffs' Motion for the Entry of a Default Judgment. The Court, being fully advised in the premises, finds that:

1.    Defendants D2 Abatement, Inc. and Duane Jones were served with process on December 17, 2014.

2.    Defendants did not file an answer or take any such action as may be permitted by law within twenty (20) days of service.

3.    Defendants are not an infants or incompetent persons, or engaged in the military service.

1

4. An audit has revealed a liability owing to the Funds of $21,127.30.

ACCORDINGLY, IT IS ORDERED THAT Plaintiffs shall have judgment against Defendants D2 Abatement, Inc. and Duane Jones in the amount of $21,127.30.

IT IS ALSO ORDERED that the Court shall retain jurisdiction of this matter pending satisfaction of this judgment and/or compliance with any additional orders.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: October 6, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 6, 2015, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

W:\FUNDS\ABAT207\LITIGATE\D2\Pleadings3\default judgment order.doc